UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MEREDITH E. MCGLOWN,

                    Plaintiff,

        v.

MELLBURG FINANCIAL GROUP INC.,
et al.,

                    Defendants.

CASE NO. 2:19-cv-0029-RSL

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to Judge Robert S. Lasnik.

DATED this 11th day of January, 2019.


_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge