# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MEREDITH E. MCGLOWN,

    Plaintiff,

v.

MELLBURG FINANCIAL GROUP INC., et al.,

    Defendants.

Case No. 2:19-CV-29-RSL

ORDER REQUIRING MORE DEFINITE STATEMENT

On January 11, 2019, plaintiff's application to proceed *in forma pauperis* was granted and her complaint was accepted for filing. Dkt. #3. However, the nature of plaintiff's claim is difficult to ascertain. She appears to be alleging a breach of contract between herself and the United States Department of Defense, the Mellburg Financial Group ("Mellburg") and Moncharsh Blase. Dkt. #4 at 4. However, her allegations also include acts of fraud, kidnapping, coercion, harassment and stalking. See Dkt. #4-1; Dkt. #4-2.

Federal Rule of Civil Procedure 8(a)(2) requires "a short and plain statement of the claim showing that the pleader is entitled to relief." Whether plaintiff has asserted a plausible claim for relief against defendants cannot be ascertained from the current complaint. Ashcroft v. Iqbal, 556 U.S. 662, 676-77 (2009).

For the foregoing reasons, plaintiff is hereby ORDERED to file on or before March 13, 2019, an amended complaint that clearly and concisely identifies the acts of which defendants are accused and how these acts violated plaintiff's legal rights.

ORDER REQUIRING MORE DEFINITE STATEMENT - 1

The Clerk of Court is directed to place this Order Requiring More Definite Statement on the Court's calendar for consideration on Friday, March 15, 2019.

DATED this 7th day of February, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge