# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MEREDITH E. MCGLOWN, <br><br> Plaintiff, <br><br> v. <br><br> MELLBURG FINANCIAL GROUP INC., et al., <br><br> Defendants. | Case No. 2:19-CV-29-RSL <br><br> ORDER DISMISSING CASE |

This matter comes before the Court on the Court's "Order Requiring More Definite Statement." See Dkt. #11; Dkt. #12. In response, plaintiff filed an Amended Complaint ("the complaint") on February 28, 2019. Dkt. #14.

Plaintiff was granted leave to proceed *in forma pauperis* on January 11, 2019. Dkt. #3. The Court must dismiss the case at any time if it determines that the action or appeal "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 USC § 1915(e)(2)(B). A case is frivolous if it lacks an arguable basis in law or fact. Neitzke v. Williams, 490 U.S. 319, 325 (1989). It fails to state a claim on which relief can be granted if it does not "contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." Lewis v. City of Auburn, No. C17-1916-JLR-JPD, 2018 WL 2091416, at *1 (W.D. Wash. Apr. 9, 2018), report and recommendation adopted, No. C17-1916-JLR, 2018 WL 2089360 (W.D. Wash. May 4, 2018) (citing Ashcroft v. Iqbal, 556 U.S. 662, 664 (2009)).

ORDER DISMISSING CASE - 1

1       Plaintiff brings this action against defendants J.D. Mellburg Financial Group Inc.
2 ("Mellburg"), Ahmadayyia Foundation Inc., Hadaya Foundation Inc. and Miller and Associates.
3 Her complaint first appears to allege that the American Contractor's Association Democratic
4 Republic Company, governed by Mellburg, hired employees who engaged in terrorist activities
5 and performed unauthorized medical procedures. Id. at 1. She states Mellburg "stalked,
6 genetyped [*sic*] and disfigured the Caliphate of Islam. Then they took over the Dept. of Justice
7 here in Seattle, Washington and members of the Justice Department in Oregon State. They
8 found a[] bond that was secured in the Dept. of Justice Trustee Department and took the Sedol
9 of the Emirates of Islam into a foreign country. Where it was cashed for the sum of $256 trillion
10 dollars." Id. at 1-2. The complaint continues in this fashion. There are allegations that
11 Mellburg's employees engaged in torture, "killed several agents of the law and over took [*sic*]
12 the Justice Department," interfered with a contract the plaintiff had with the Department of
13 Defense, intercepted emails and destroyed legal documents. Id. at 2-3. The plaintiff also details
14 several serious personal injuries, including the contamination of her eyes, rape, unauthorized
15 surgeries performed upon her, and the administration of drugs. Id. at 3-5. There are no clear
16 causes of action or requests for relief.

      The Court concludes that plaintiff's complaint is frivolous and fails to state a valid claim for relief. 28 USC § 1915(e)(2)(B). The Court hereby DISMISSES plaintiff's complaint WITH PREJUDICE. See Lucas v. Dep't of Corr., 66 F.3d 245, 248 (9th Cir. 1995). Plaintiff's remaining motions are DENIED as moot. See Dkt. #8; Dkt. #13.

      DATED this 6th day of March, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING CASE - 2